UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | 11-14541 |
| THE BALLROOM, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |

## REVISED FIRST EXTENSION OF SECOND AMENDED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL [Doc. #38]

This matter came before the Court for status on the Final Order Authorizing Use of Cash Collateral ("**Order**") [Doc. #46]; due and proper notice of said hearing having been provided to all parties in interest; the Court being otherwise fully advised;

IT IS HEREBY ORDERED THAT:

1.     Paragraph 15 of the Order is amended and the date "August 31, 2011" is replaced with the date "October 31, 2011".

2.     The budgets attached hereto as Exhibit A replace the budgets referred to in paragraph 1A of the Order.

DATED: *9, 16, 11*

ENTERED:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

**Order Prepared By**:
Scott N. Schreiber
Shelly A. DeRousse
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603

1

SCCA/33225.002/Doc#334

September 2011

**THE BALLROOM, LLC**
6351-59 S. Cottage Grove

| Retail Stores | Monthly Gross Rent | |
|---|---|---|
| #1 | $ | 1,500.00 |
| #2 | $ | 2,200.00 |
| #3 | $ | 3,472.87 |
| #4 | $ | 2,083.00 |
| #5 | $ | 800.00 |
| #6 | $ | 1,800.00 |
| #7 | $ | 300.00 |
| | | |
| **Total Gross Rent for September:** | $ | 12,155.87 |

September Expenses:

| | | |
|---|---|---|
| Property Management Fee & Overhead | $ | - |
| Property Repairs & Maintenance | $ | 607.79 |
| Electrical work on facade | $ | 1,500.00 |
| Eviction Filing | $ | 1,500.00 |
| Legal Retainer | $ | 4,000.00 |
| RE Advertisement | $ | 600.00 |
| Sale Publication & Notice Costs | $ | 2,703.00 |
| Mortgage (Principal/Interest/Escrow) | $ | - |
| Bank Fees - Tenant Returned Checks - If any | $ | 60.00 |
| Landscaping | $ | 60.00 |
| Extermination | $ | 150.00 |
| Alarm Security | $ | - |
| Insurance | $ | 188.36 |
| Building Registration | $ | - |
| Permit & Inspections | $ | - |
| Scavenger | $ | 159.85 |
| Utilities: Electric | $ | - |
| Utilities: Gas | $ | - |
| Utilities: Water | $ | - |
| Real Estate Taxes | $ | - |
| | | |
| **Total September Expenses:** | $ | 11,529.00 |
| | | |
| **Net Cash** | $ | 626.87 |

**DOES NOT INCLUDE DEBT SERVICE, LEGAL EXPENSES.**



EXHIBIT
A

Debtor generates income from events in the operation of the Ballroom business. This month such income is estimated at $(5,113).

October 2011

## THE BALLROOM, LLC
6351-59 S. Cottage Grove

| Retail Stores | Monthly Gross Rent |
|---|---|
| #1 | $ 1,500.00 |
| #2 | $ 2,200.00 |
| #3 | $ 3,472.87 |
| #4 | $ 2,083.00 |
| #5 | $ 800.00 |
| #6 | $ 1,800.00 |
| #7 | $ 300.00 |
| | |
| **Total Gross Rent for October:** | $ 12,155.87 |

**October Expenses:**

| | |
|---|---|
| Property Management Fee & Overhead | $ - |
| Property Repairs & Maintenance | $ 607.79 |
| Eviction Filing | $ 1,500.00 |
| Sale Costs (Court Reporter, etc.) | $ 250.00 |
| Mortgage (Principal/Interest/Escrow) | $ - |
| Bank Fees - Tenant Returned Checks - If any | $ 60.00 |
| Landscaping | $ 60.00 |
| Extermination | $ 150.00 |
| Alarm Security | $ - |
| Insurance | $ 188.36 |
| Building Registration | $ - |
| Permit & Inspections | $ - |
| Scavenger | $ 159.85 |
| Utilities: Electric | $ - |
| Utilities: Gas | $ - |
| Utilities: Water | $ 3.74 |
| Real Estate Taxes | $ - |
| | |
| **Total October Expenses:** | $ 2,979.74 |
| | |
| **Net Cash** | $ 9,176.13 |

**DOES NOT INCLUDE DEBT SERVICE AND LEGAL EXPENSES.**

Debtor generates income from events in the operation of The Ballroom business. This month such income is estimated at $1,064.