UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | 11-14541 |
| THE BALLROOM, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Honorable Susan Pierson Sonderby |

## SECOND EXTENSION OF SECOND AMENDED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL [Doc. #38]

This matter came before the Court for status on the Final Order Authorizing Use of Cash Collateral ("**Order**") [Doc. #46]; due and proper notice of said hearing having been provided to all parties in interest; the Court being otherwise fully advised;

IT IS HEREBY ORDERED THAT:

1. Paragraph 15 of the Order is amended and the date "August 31, 2011" is replaced with the date "November 30, 2011".

2. The budgets attached hereto as Exhibit A replace the budgets referred to in paragraph 1A of the Order.

3. The matter is continued until 10:30 a.m. November 30, 2011 for status.

DATED:    11.3.11                ENTERED:

_____
Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

**Order Prepared By:**
Scott N. Schreiber
Shelly A. DeRousse
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603

1

SCCA/33225.002/Doc#457

November 2011

**THE BALLROOM, LLC**
**6351-59 S. Cottage Grove**

| Retail Stores | | Monthly Gross Rent |
|---|---|---:|
| #1 | | $ 1,500.00 |
| #2 | | $ 2,200.00 |
| #3 | | $ 3,472.87 |
| #4 | | $ 2,083.00 |
| #5 | VACANT | $ - |
| #6 | VACANT | $ - |
| #7 | | $ 300.00 |
| **Total Gross Rent for November:** | | **$ 9,555.87** |

| November Expenses: | |
|---|---:|
| Property Management Fee & Overhead | $ - |
| Property Repairs & Maintenance | $ 477.79 |
| Electrical work on facade | $ 1,500.00 |
| Tenant Replacement Repairs | $ 1,800.00 |
| Eviction Filing | $ 1,500.00 |
| Legal Retainer | $ - |
| RE Advertisement | $ 600.00 |
| Mortgage (Principal/Interest/Escrow) | $ - |
| Wire Transfer Fee | $ 20.00 |
| Bank Fees - Tenant Returned Checks - If any | $ 60.00 |
| Landscaping | $ 60.00 |
| Extermination | $ 150.00 |
| Alarm Security | $ - |
| Insurance | $ 1,388.36 |
| Building Registration | $ - |
| Secretary of State Filing Fee | $ 250.00 |
| Permit & Inspections | $ - |
| Scavenger | $ 159.85 |
| Utilities: Electric | $ - |
| Utilities: Gas | $ - |
| Utilities: Water | $ 34.70 |
| Real Estate Taxes | $ - |
| **Total November Expenses:** | **$ 8,000.70** |
| **Net Cash** | **$ 1,555.17** |

DOES NOT INCLUDE DEBT SERVICE, LEGAL EXPENSES.


EXHIBIT A

Debtor generates income from events in the operation of the Ballroom business. This month such income is estimated at $0.