UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )    11-14541
THE BALLROOM, LLC,                  )
                                    )    Chapter 11
        Debtor.                     )
                                    )    Honorable Susan Pierson Sonderby

### THIRD EXTENSION OF SECOND AMENDED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL [Doc. #38]

This matter came before the Court for status on the Final Order Authorizing Use of Cash Collateral ("**Order**") [Doc. #46]; due and proper notice of said hearing having been provided to all parties in interest; the Court being otherwise fully advised;

IT IS HEREBY ORDERED THAT:

1. Paragraph 15 of the Order is amended and the date "August 31, 2011" is replaced with the date "December 31, 2011".

2. The budgets attached hereto as Exhibit A replace the budgets referred to in paragraph 1A of the Order.

3. The matter is continued until 10:30 a.m. December 20, 2011 for status.

DATED:                              ENTERED:

                                    _____
                                    Honorable Susan Pierson Sonderby
                                    United States Bankruptcy Judge

                                    12.8.11

**Order Prepared By**:
Scott N. Schreiber
Shelly A. DeRousse
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603

1

SCCA/33225.002/Doc#457

December 2011

**THE BALLROOM, LLC**
**6351-59 S. Cottage Grove**

| Retail Stores | | Monthly Gross Rent |
|---|---|---|
| #1 | | $ 1,500.00 |
| #2 | | $ 2,200.00 |
| #3 | | $ 3,472.87 |
| #4 | | $ 2,083.00 |
| #5 | VACANT | $ - |
| #6 | VACANT | $ - |
| #7 | | $ 300.00 |

**Total Gross Rent for December:** $ 9,555.87

**December Expenses:**

| | |
|---|---|
| Property Management Fee & Overhead | $ - |
| Property Repairs & Maintenance | $ 477.79 |
| Electrical work on facade | $ - |
| Tenant Replacement Repairs | $ - |
| Eviction Filing | $ 1,500.00 |
| ~~Reimbursement of Advancement~~ | ~~$ 20,700.00~~ |
| Legal Retainer | $ - |
| RE Advertisement | $ - |
| Mortgage (Principal/Interest/Escrow) | $ - |
| Wire Transfer Fee | $ - |
| Bank Fees - Tenant Returned Checks - If any | $ 60.00 |
| Landscaping/Snow Removal | $ 60.00 |
| Extermination | $ 150.00 |
| Alarm Security | $ - |
| Insurance | $ - |
| Building Registration | $ - |
| Permit & Inspections | $ - |
| Scavenger | $ 159.85 |
| Utilities: Electric | $ - |
| Utilities: Gas | $ - |
| Utilities: Water | $ - |
| Real Estate Taxes | $ - |

**Total December Expenses:** $ 23,107.64

**Net Cash** $ (13,551.77)

DOES NOT INCLUDE DEBT SERVICE, LEGAL EXPENSES.



Debtor generates income from events in the operation of the Ballroom business. This month such income is estimated at $0.